# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **MAURICE F. BUTLER,** | LA CV 17-08505-VBF |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| JOHN SUTTON (Warden)<br>JOHN DOE (Counselor-CCI),<br>JANE DOE (Sergeant),<br>each in his/her official and individual capacities, | |
| Defendants. | |

**Final judgment is hereby entered in favor of all defendants in both their official capacity and their individual capacity, and against plaintiff Maurice F. Butler.**

IT IS SO ADJUDGED.

Dated: March 9, 2018

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge